IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUBERT PANGUERE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-252 |
| | ) | Judge Stephanie L. Haines |
| KRISTI NOEM and LEONARD J. ODDO Jr., | ) | Magistrate Judge Richard A. Lanzillo |
| | ) | |
| Respondents. | ) | |
| | ) | |

**MEMORANDUM ORDER**

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed *pro se* by Hubert Panguere ("Petitioner") (ECF No. 3). On December 9, 2025, the Court ordered service of the Petition (ECF No. 4), which appears to have been returned to the Court on January 28, 2026. A Case Management Order was subsequently issued on March 18, 2026 (ECF No. 6). Soon after Respondents entered their appearance (ECF NO. 7). On March 23, 2026, Respondents filed a Notice of Suggestion of Mootness (ECF No. 8) with supporting Exhibits (ECF No. 9). Respondents were informed by the Department of Homeland Security, Immigration and Customs Enforcement that Petitioner was removed from the United States on December 9, 2025. ECF No. 8, p. 1; ECF No. 9-1. This matter was referred to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On March 25, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 10) recommending that the Petition (ECF No. 3) be dismissed as moot because the Court had learned that Petitioner had been removed from the United States prior to an Answer to the Petition being filed. Objections to the Report and Recommendation could be filed on or before April 8,

1

2026.  *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2.  No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 10) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Lanzillo in this matter. Judge Lanzillo correctly deemed Petitioner's Petition for Habeas Corpus moot as Petitioner was removed from the United States on December 9, 2025, and as such there is no remedy the Court can provide.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 9th day of April, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 3) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 10) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

2